| | |
|---|---|
| Christopher D. Banys (State Bar No. 230038) Richard C. Lin (State Bar No. 209233) cdb@banyspc.com rcl@banyspc.com BANYS, P.C. 1032 Elwell Court, Suite 100 Palo Alto, California 94303 Telephone: (650) 308-8505 Facsimile: (650) 353-2202 Attorneys for Plaintiff IRONWORKS PATENTS LLC (*Additional counsel listed on signature page*) | Allan M. Soobert (pro hac vice) allansoobert@paulhastings.com PAUL HASTINGS LLP 875 15th Street, N.W. Washington, D.C. 20005 Telephone: (202) 551-1700 Facsimile: (202) 551-1705 Elizabeth L. Brann (SB# 222873) elizabethbrann@paulhastings.com PAUL HASTINGS LLP 747 Executive Drive, 12th Floor San Diego, CA 92121 Telephone: (858) 458-3000 Facsimile: (858) 458-3005 Attorneys for Defendants SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IRONWORKS PATENTS LLC, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendant. | CASE NO. 4:17-CV-01958-HSG <br><br> **STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS' OPPOSITION TO IRONWORKS' MOTION TO DISMISS ONE PATENT FROM THIS CASE** |

| | |
|---|---|
| 1 | **STIPULATION TO EXTEND TIME** |
| 2 | This Stipulation is entered into by Plaintiff Ironworks Patents LLC and Defendants |
| 3 | Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung," |
| 4 | or "Defendants") by their respective counsel. |
| 5 | **RECITALS** |
| 6 | 1. On October 2, 2017, Ironworks filed its Motion to Dismiss One Patent from This |
| 7 | Case [Dkt. No. 120]. |
| 8 | 2. On October 13, the parties met and conferred regarding Ironworks' Motion to |
| 9 | Dismiss One Patent from This Case [Dkt. No. 120] and agreed to extend the deadline for |
| 10 | Samsung to file its opposition to that motion by one week. |
| 11 | 3. The parties agree that extension of that deadline will allow additional time to |
| 12 | attempt to resolve the motion to dismiss without court intervention. |
| 13 | 4. The parties have not previously stipulated to any time modifications related to |
| 14 | Ironworks' Motion to Dismiss [Dkt. No. 120]. |
| 15 | 5. The extension of this deadline will not impact any other deadlines in this case. |
| 16 | **STIPULATION** |

Accordingly, the parties hereby stipulate that the deadline for Samsung to file its opposition to Ironworks' Motion to Dismiss One Patent from This Case [Dkt. No. 120] is extended from October 16, 2017 to October 23, 2017. Ironworks' deadline to file its reply to Samsung's opposition is extended from October 23, 2017 to October 30, 2017.

DATED: October _16, 2017

ELIZABETH L. BRANN
PAUL HASTINGS LLP

Respectfully submitted,

By:*/s/ Elizabeth L. Brann*
    ELIZABETH l. BRANN

For Defendants

Allan M. Soobert (*Pro Hac Vice*)
PAUL HASTINGS LLP
Washington, DC 20005
(202) 551-1700
(202) 551-1705 fax
allansoobert@paulhastings.com

| | |
|---|---|
| 1 | Elizabeth L. Brann (SB# 222873) |
| | PAUL HASTINGS LLP |
| 2 | 4747 Executive Drive, 12th Floor |
| | San Diego, CA 92121 |
| 3 | (858) 458-3000 |
| | (858) 458-3005 fax |
| 4 | elizabethbrann@paulhastings.com |

*Attorneys for Defendants
Samsung Electronics Co., Ltd. and
Samsung Electronics America, Inc.*

DATED: October 16, 2017
For Plaintiff

By: */s/ Alison Aubry Richards*

David Berten
IL Bar # 6200898
dberten@giplg.com
Alison Aubry Richards
IL Bar # 6285669
arichards@giplg.com
Global IP Law Group, LLC
55 West Monroe Street Suite 3400
Chicago, IL 60603
T: (312) 241-1500
F: (312) 241-1522

Christopher D. Banys
(State Bar No. 230038)
Richard C. Lin
(State Bar No. 209233)
cdb@banyspc.com
rcl@banyspc.com
BANYS, P.C.
1032 Elwell Court, Suite 100
Palo Alto, California 94303
Telephone: (650) 308-8505
Facsimile: (650) 353-2202
Attorneys for Plaintiff

*Attorneys for Plaintiff Ironworks Patents LLC*

---

Case No. 4:17-CV-01958-HSG — - 2 - — STIPULATION TO EXTEND THE DEADLINE FOR OPPOSITION TO MOTION TO DISMISS

## ORDER

The deadline for Samsung to file its opposition to Ironworks' Motion to Dismiss One Patent from This Case [Dkt. No. 120] is extended from October 16, 2017 to October 23, 2017. Ironworks' deadline to file its reply to Samsung's opposition is extended from October 23, 2017 to October 30, 2017.

Dated: October __26__, 2017

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

## CERTIFICATE OF CONCURRENCE

In accordance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from Alison Aubry Richards.

                                        */s/ Elizabeth L. Brann*
                                        Elizabeth L. Brann