UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IRONWORKS PATENTS LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　　Defendants. | CASE NO. 4:17-cv-01958-HSG<br><br>**ORDER GRANTING JOINT MOTION TO STAY DISCOVERY** |

Before the Court is the Parties' Joint Motion to Stay Discovery. Having considered said motion and all other papers filed in support thereof, the Court finds that the motion is well taken and is hereby GRANTED.

Accordingly,

1. All discovery in the matter in stayed until either February 1, 2019 or the date on which the Court issues its claim construction order (whichever is earlier).

2. Within 10 days of February 1, 2019 or the issuance of the Court's claim construction order — and following an in-person meet and confer to the extent disputes remain between the parties — the parties will report to the Court regarding the matters set forth in the Court's November 20 order.

IT IS SO ORDERED.

DATED: September 4, 2018

HAYWOOD S. GILLIAM, JR.
United States District Judge