UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IRONWORKS PATENTS LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　　Defendants. | CASE NO. 4:17-cv-01958-HSG<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF FINAL JUDGMENT** |

Before the Court is the Parties' Joint Stipulation and Motion for Entry of Final Judgment. Having considered said motion and all other papers filed in support thereof, the Court finds that the stipulation is well taken and is hereby GRANTED.

Accordingly,

1. The Court finds that, based on the Claim Construction Order of October 26, 2018 [Dkt. 166] and the Parties' Joint Stipulation, Defendants do not infringe the asserted claims of U.S. Patent Nos. 6,427,078 ("the '078 Patent") and 5,915,239 ("the '239 Patent") and that the asserted claims of the '239 Patent are invalid as indefinite;

2. Final Judgment is entered in favor of Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. on Plaintiff's claims and Defendants' counterclaims for declaratory judgment of invalidity of the '239 Patent and non-infringement of the '078 and '239 Patents; and

3. The time for filing a bill of costs or a motion for attorney fees under any basis, including 35 U.S.C. § 285, Fed. R. Civ. P. 54(d), and Local Rule CV-54, is extended until thirty days after the Federal Circuit's issuance of the mandate regarding Ironworks' appeal of this Court's final judgment or thirty days after the time to file an appeal has expired.

IT IS SO ORDERED.

DATED: November 15, 2018

HAYWOOD S. GILLIAM, JR.
United States District Judge