UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

IRONWORKS PATENTS LLC,

    Plaintiff,

vs.

SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,

    Defendants.

CASE NO. 4:17-cv-01958-HSG

<h1>Exhibit A</h1>

<h2>ORDER OF FINAL DECISION</h2>

Before the Court is the Parties' Joint Agreed Motion for Entry of Final Decision under 28 U.S.C. §1295. Having considered the motion and all other papers filed in support thereof, the Court finds that the motion is well taken and is hereby GRANTED.

Accordingly,

1. Samsung's counterclaims for non-infringement and invalidity of the asserted claims from U.S. Patent No. 5,553,125 are dismissed without prejudice.

2. Samsung's counterclaim for invalidity of the asserted claims of U.S. Patent No. 6,427,078 is dismissed without prejudice.

3. The foregoing is a final disposition of all remaining claims and counterclaims in this case consistent with 28 U.S.C. § 1295.

4. The time for filing a bill of costs or a motion for attorney fees under any basis, including 35 U.S.C. § 285, Fed. R. Civ. P. 54(d), and Local Rule CV-54, is extended until thirty days after the Federal Circuit's issuance of the mandate regarding Ironworks' appeal of this Court's final judgment or thirty day after the time to file an appeal has expired.

IT IS SO ORDERED.

DATED: 11/22/2019

HAYWOOD S. GILLIAM, JR.

United States District Judge