# United States Court of Appeals for the Federal Circuit

---

**IRONWORKS PATENTS LLC,**
*Plaintiff-Appellant*

v.

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,**
*Defendants-Appellees*

---

2020-1191

---

Appeal from the United States District Court for the Northern District of California in No. 4:17-cv-01958-HSG, Judge Haywood S. Gilliam, Jr.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART, VACATED-IN-PART, AND REMANDED**

ENTERED BY ORDER OF THE COURT

February 21, 2020        /s/ Peter R. Marksteiner
                          Peter R. Marksteiner
                          Clerk of Court