1  Christopher D. Banys  (State Bar No. 230038)
   Richard C. Lin (State Bar No. 209233)
2  BANYS, P.C.
   567 Marsh Street
3  San Luis Obispo, CA 93401
   Telephone:  (650) 308-8505
4  cdb@banyspc.com
   rlin@bdiplaw.com
5
   Attorneys for Plaintiff,
6  Ironworks Patents LLC

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                          OAKLAND DIVISION
10

11 IRONWORKS PATENTS LLC,

12         Plaintiff,                    Case No. 4:17-cv-01958-HSG

13 v.                                    [PROPOSED] ORDER GRANTING
                                         MOTION TO WITHDRAW
14 SAMSUNG ELECTRONICS CO., LTD.,        CHRISTOPHER D. BANYS AND
   and                                   RICHARD C. LIN AS COUNSEL FOR
15 SAMSUNG ELECTRONICS AMERICA,          PLAINTIFF
   INC.,
16
           Defendant.
17

1     Upon consideration of Plaintiff Ironworks Patents LLC Motion to Withdraw Christopher D. Banys, and Richard C. Lin as counsel of record, the Court is of the opinion that the Motion should be granted.

    IT IS THEREFORE ORDERED that Plaintiff's Motion is GRANTED.

    Dated     4/6/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW CHRISTOPHER D. BANYS AND RICHARD C. LIN AS COUNSEL FOR PLAINTIFF

1

CASE NO. 4:17-CV-01958-HSG