UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IRONWORKS PATENTS LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>        Defendants. | CASE NO. 4:17-cv-01958-HSG<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES** |

1  Before the Court is the parties Joint Motion to Stay All Deadlines. Having considered the
2  Motion, it is GRANTED.
3
4  Accordingly, the Court ORDERS all deadlines STAYED for thirty days from the entry of
   this Order.
5
6  IT IS SO ORDERED.

10  DATED: __5/6/2020__         *Haywood S. Gilliam Jr.* (signature)
                                 HAYWOOD S. GILLIAM, JR.
11                               United States District Judge

CASE NO. 4:17-cv-01958-HSG        -1-        [PROPOSED] ORDER GRANTING
                                              MOTION TO STAY