UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IRONWORKS PATENTS LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　Defendants. | CASE NO. 4:17-cv-01958-HSG<br><br>[PROPOSED] **ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO RULE 41(A)(1)(A)(ii)** |

Before the Court is the parties' Stipulation Of Dismissal Pursuant To Rule 41(A)(1)(A)(ii). Having considered the Motion, it is GRANTED.

Accordingly, the Court ORDERS dismissal of Plaintiff's claims with prejudice and Defendants' counterclaims without prejudice. Each party has agreed to bear its own fees and costs.

IT IS SO ORDERED.

DATED:  6/10/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge